(97 South. 785)

**Ex parte Dave CAMPBELL.    (3 Div. 636.)**

(Supreme Court of Alabama.    Nov. 1, 1923.)

Certiorari to Court of Appeals.

Hill, Hill, Whiting & Thomas, of Montgomery, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J.   Petition of Dave Campbell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Campbell v. State, 19 Ala App. 349, 97 South. 783.
Writ denied.

---

(97 South. 787)

**Ex parte Ira H. HENDERSON.    (4 Div. 91.)**

(Supreme Court of Alabama.    Nov. 1, 1923.)

Certiorari to Court of Appeals.

E. O. Baldwin, of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM.   Petition of Ira H. Henderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Henderson v. State, 19 Ala. App. 294, 97 South. 785.
Writ denied.